FLOYD L. CROCKER, Respondent, *v.* FREDERICK G. PAGE, Individually, and as Surviving Member of the Firm of PAGE & MARTIN, et al., Appellants.

*Contract — specific performance — option to purchase real property contained in written lease — defense of waiver and estoppel.*

*Crocker* v. *Page*, 210 App. Div. 735, affirmed.
(Argued April 9, 1925; decided May 12, 1925.)

APPEAL from a judgment, entered November 29, 1924, upon an order of the Appellate Division of the Supreme Court in the third judicial department reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term without a jury and directing judgment in favor of plaintiff. The action was to compel specific performance of an option to purchase real property contained in a lease. The defense was waiver and estoppel.

*Charles W. Walton* for appellants.
*Harry Cook* and *Newton B. Van Derzee* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.